**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Salpy**<br>First name<br><br>Middle name<br><br>**Boyajian**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5749 |  |

Debtor 1    **Salpy Boyajian**                                              Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5.** **Where you live**

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| | If Debtor 2 lives at a different address: |
| **801 Wexler Ct.**<br>**Las Vegas, NV 89017**<br>Number, Street, City, State & ZIP Code | _____<br>Number, Street, City, State & ZIP Code |
| **Clark**<br>County | _____<br>County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| _____<br>Number, P.O. Box, Street, City, State & ZIP Code | _____<br>Number, P.O. Box, Street, City, State & ZIP Code |

**6.** **Why you are choosing *this district* to file for bankruptcy**

| | |
|---|---|
| *Check one:* | *Check one:* |
| ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |
| _____ | _____ |

Debtor 1    **Salpy Boyajian**                                    Case number *(if known)*  _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

☐ No.    Go to line 12.
■ Yes.    Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Salpy Boyajian**                                           Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Salpy Boyajian**                                                     Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Salpy Boyajian**                                               Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Salpy Boyajian**
_____            _____
**Salpy Boyajian**                                          Signature of Debtor 2
Signature of Debtor 1

Executed on   **December 27, 2024**              Executed on _____
              MM / DD / YYYY                                        MM / DD / YYYY

Debtor 1   **Salpy Boyajian**                                          Case number *(if known)* _____

---

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

**If you are not represented by an attorney, you do not need to file this page.**

**/s/ Zachariah Larson**                                          Date   **December 27, 2024**
Signature of Attorney for Debtor                                               MM / DD / YYYY

**Zachariah Larson 7787**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone   **702-382-1170**                     Email address   **zlarson@lzlawnv.com**

**7787 NV**
Bar number & State

---

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---:|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Salpy Boyajian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................... | $ 0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................... | $ 151,599.72 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................... | $ 151,599.72 |

**Part 2:    Summarize Your Liabilities**

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 140,526.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................. | $ 4,981,714.09 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........... | $ 14,664,642.00 |
| **Your total liabilities** | $ 19,786,882.09 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............... | $ 16,418.98 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*....................... | $ 17,812.10 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**
   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **Salpy Boyajian** _____    Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

Debtor 1        **Salpy Boyajian**
                First Name                  Middle Name              Last Name

Debtor 2
(Spouse, if filing)   First Name            Middle Name              Last Name

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes.  Where is the property?

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1  Make:  **Range Rover**
        Model:  **PF30 SE**
        Year:  **2023**
        Approximate mileage:        **25000**
        Other information:

| Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|
| ■ Debtor 1 only | | |
| ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| ☐ Debtor 1 and Debtor 2 only | | |
| ☐ At least one of the debtors and another | | |
| ☐ Check if this is community property (see instructions) | $89,654.00 | $89,654.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>

   $89,654.00

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1    **Salpy Boyajian**                                                Case number *(if known)*

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | See SOFA #23 | $0.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | See SOFA #23 | $0.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | Designer Hand Bags, suitcase and belt | $5,450.00 |
    |---|---|
    | Clothing | $100.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

    | Assorted Costume Jewlery | $125.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

Debtor 1    **Salpy Boyajian**                                Case number *(if known)*

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .......................................................................................    | $5,675.00 |

---

| Part 4: | Describe Your Financial Assets |
| --- | --- |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.................................................................................................

|  | Cash | $2,500.00 |
| --- | --- | --- |

---

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.........................

|  |  | Institution name: |  |
| --- | --- | --- | --- |
| 17.1. | Checking #6522, held in name of SBSS Enterprises LLC | First Citizens Bank | $1,182.62 |
| 17.2. | Checking | Clark County Credit Union | $11,528.00 |

---

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: |  |
| --- | --- | --- |
| Cana Nevada Corp. | 0%, Debtor was President of corporation, business closed on 12/11/2023 % | Unknown |
| CN Labor Management Inc. | 0% Ownership, 100% owned by Cana Nevada Corp., business closed on 12/11/2023 % | Unknown |

---

Debtor 1    **Salpy Boyajian**                                          Case number *(if known)*

|  |  |  |
|---|---|---|
| CN Landco LLC | **0% Ownership, 100% owned by Cana Nevada Corp., business closed on 12/11/2023** % | **Unknown** |
| CN Landco II, LLC | **0% Ownership, 100% owned by Cana Nevada Corp., business closed on 12/11/2023** % | **Unknown** |
| CN Landco III, LLC | **0% Ownership, 100% owned by Cana Nevada Corp., business closed on 12/11/2023** % | **Unknown** |
| CN Licenseco I, Inc. dba Flower One | **0% Ownership, 100% owned by Cana Nevada Corp., business closed on 12/11/2023** % | **Unknown** |
| CN Licenseco III, Inc. | **0% Ownership, 100% owned by Cana Nevada Corp., business closed on 12/11/2023** % | **Unknown** |

Debtor 1    **Salpy Boyajian** _____    Case number *(if known)* _____

| | | | |
|---|---|---|---|
| North Las Vegas Equipment Co., Inc. | 0% Ownership, 100% owned by Cana Nevada Corp., business closed on 12/11/2023 | % | Unknown |
| North las Vegas Equipment Co. III, Inc. | 0% Ownership, 100% owned by Cana Nevada Corp., business closed on 12/11/2023 | % | $0.00 |
| NLV Services, Inc. | 0% Ownership, 100% owned by Cana Nevada Corp., business closed on 12/11/2023 | % | $0.00 |
| Midtown Modern Homeowners' Association | 0%, Debtor is on the board | % | $0.00 |
| For the Future, Inc. 501(c)(3) non-profit | 0%, Debtor is CEO | % | $0.00 |
| Guiding Our Youth 501(c)(3) non-profit | 0%, Debtor is CEO | % | $0.00 |
| NLV Organics, Inc. | 0%, CN Lisensco III, LLC purchased business in 2018) | % | $0.00 |
| SBSS Enterprises LLC | 50% (Revoked in 2022) | % | $0.00 |

Debtor 1  **Salpy Boyajian**                                              Case number *(if known)* _____

| | 0%, Business was revoked in 2019) | % | |
|---|---|---|---|
| **APEX Organics, Inc.** | | | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them.
                        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| | Type of account: | Institution name: | |
|---|---|---|---|
| | **401(k)** | **Paychex Retirement Services** | $41,060.10 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

Debtor 1    **Salpy Boyajian**                                    Case number *(if known)*

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
                    Company name:                          Beneficiary:                          Surrender or refund
                                                                                                 value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here**.............................................................................................................

    | |
    |---|
    | **$56,270.72** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

Debtor 1   **Salpy Boyajian**                                              Case number *(if known)* _____

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership
     ☒ No
     ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................   | $0.00 |

| Part 8: | List the Totals of Each Part of this Form |

| 55. | **Part 1: Total real estate, line 2** ...................................................................................................... | $0.00 |
|-----|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $89,654.00 |
| 57. | **Part 3: Total personal and household items, line 15** | $5,675.00 |
| 58. | **Part 4: Total financial assets, line 36** | $56,270.72 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 |

62.  **Total personal property.** Add lines 56 through 61...   $151,599.72     Copy personal property total   $151,599.72

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62   | $151,599.72 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Salpy Boyajian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt
4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2023 Range Rover PF30 SE 25000 miles**<br>Line from *Schedule A/B*: **3.1** | $89,654.00 | ■ $15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(f)** |
| **Designer Hand Bags, suitcase and belt**<br>Line from *Schedule A/B*: **11.1** | $5,450.00 | ■ $5,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Clothing**<br>Line from *Schedule A/B*: **11.2** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Assorted Costume Jewlery**<br>Line from *Schedule A/B*: **12.1** | $125.00 | ■ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |

Debtor 1    **Salpy Boyajian**                                                    Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking #6522, held in name of SBSS Enterprises LLC: First Citizens Bank** Line from *Schedule A/B*: **17.1** | $1,182.62 | ■ $1,182.62 <br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Checking: Clark County Credit Union** Line from *Schedule A/B*: **17.2** | $11,528.00 | ■ $8,646.00 <br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Checking: Clark County Credit Union** Line from *Schedule A/B*: **17.2** | $11,528.00 | ■ $2,882.00 <br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **401(k): Paychex Retirement Services** Line from *Schedule A/B*: **21.1** | $41,060.10 | ■ $41,060.10 <br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(r)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Salpy Boyajian** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:  List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | **Chase Auto Finance** | Describe the property that secures the claim: | $140,526.00 | $89,654.00 | $50,872.00 |
|---|---|---|---|---|---|

Creditor's Name

**2023 Range Rover PF30 SE 25000 miles**

**Attn: Bankruptcy
700 Kansas Lane La
Monroe, LA 71203**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| | **Opened 05/23  Last Active** | | |
|---|---|---|---|
| Date debt was incurred | 2/28/24 | Last 4 digits of account number | **4809** |

Debtor 1    **Salpy Boyajian**                                              Case number (if known) _____
            First Name        Middle Name        Last Name

| 2.2 | **North Las Vegas Properties Inc.** | | | Unknown | $0.00 | Unknown |

Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**1650 Black Rd.**
**Santa Maria, CA 93458**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

Business debt for CN Landco LLC

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **UCC**    _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

| 2.3 | **Rainbow North Vegas LLC** | | | Unknown | $0.00 | Unknown |

Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**60 Cutter Mill Road, Suite 303**
**Great Neck, NY 11021**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

Business Debt or North Las Vegas Equipment Co., Inc.; CN Landco LLC; and CN Licenseco I, Inc.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **UCC**    _____

**Date debt was incurred**    2019    **Last 4 digits of account number** _____

---

| 2.4 | **RB Loan Portfolio I, L.P.** | | | Unknown | $0.00 | Unknown |

Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**15 Reservoir Road**
**White Plains, NY 10603**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

Business debt of North Las Vegas Equipment Co., Inc.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **UCC**    _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

Debtor 1  **Salpy Boyajian**                                              Case number (if known) _____
     First Name          Middle Name          Last Name

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$140,526.00** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$140,526.00** |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1 __**Salpy Boyajian**__
First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** **California Franchise Tax Board**
Priority Creditor's Name
P.O. Box 942857
Sacramento, CA 94257-0500
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    Total claim **$1,315.00**    Priority amount **$1,315.00**    Nonpriority amount **$0.00**

When was the debt incurred?    2023

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____    **Taxes**

Debtor 1  **Salpy Boyajian**                                             Case number (if known) _____

| | | | | |
|---|---|---|---|---|

**2.2**

**Internal Revenue Service**
Priority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ____ ____ ____ ____        $14,228.15        $14,228.15        $0.00

When was the debt incurred?    2022

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
1040 Taxes

---

**2.3**

**Internal Revenue Service**
Priority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ____ ____ ____ ____        $30,769.96        $30,769.96        $0.00

When was the debt incurred?    2023

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
1040 Taxes

---

**2.4**

**Nevada Department of Taxation**
Priority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**1550 College Parkway, Suite 115**
**Carson City, NV 89706-7939**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  7683        $4,935,400.98        $4,935,400.98        $0.00

When was the debt incurred?    8/30/2023

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
Business Debt CN License CO I Inc dba Flower One

---

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

Debtor 1  **Salpy Boyajian**                                          Case number (if known) _____

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **374 Labs** | Last 4 digits of account number _____ | **$270,525.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**10 Greg St. Suite 148**
**Sparks, NV 89431**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.2 | **A Track-Out Solution LLC** | Last 4 digits of account number _____ | **$12,037.35** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**2711 Rimbey St**
**Las Vegas, NV 89115**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian** _____    Case number (if known) _____

| 4.3 | **ABG Consultants** | **Last 4 digits of account number** _____ | **$5,669.04** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**9450 SW Gemini Dr PMB 65198**
**Beaverton, OR 97008-7105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.4 | **Adakai Holdings LLC** | **Last 4 digits of account number** _____ | **$98,231.57** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**6940 E 1st St**
**Scottsdale, AR 85251**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.5 | **Addium, INC** | **Last 4 digits of account number** _____ | **$1,800.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**1300 NE Henley Court**
**Pullman, WA 99163**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                                    Case number (if known) _____

| | | |
|---|---|---|
| 4.6 | **ADT Commercial** | Last 4 digits of account number _____    $1,096.07 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 382109**
**Pittsburgh, PA 15251-8109**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

| | | |
|---|---|---|
| 4.7 | **Agile Premium Finance** | Last 4 digits of account number _____    $157,130.47 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**475 Half Day Rd.**
**Lincolnshire, IL 60069**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

Debtor 1   **Salpy Boyajian**                                    Case number (if known) _____

---

| 4.8 | **AgroFresh Inc.** | | | | $11,340.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**

**P.O. Box 23479**

**Brooklyn, NY 10087-3479**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| 4.9 | **Altus Receivables Management** | | | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**

**2121 Airline Drive, Suite 520**

**Metairie, LA 70002**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                              Case number (if known) _____

---

<table>
<tr><td>4.1<br>0</td><td></td></tr>
</table>

**Altus Trust**

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**2121 Airline Drive, Suite 520**
**Metairie, LA 70002**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$105,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

<table>
<tr><td>4.1<br>1</td><td></td></tr>
</table>

**Amazon Business**

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 035184**
**Seattle, WA 98124-5184**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$1,191.58**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**

Case number (if known) _____

---

| 4.1 2 | | | |
|---|---|---|---|

**American Backflow Services**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO BOX 530836**
**Henderson, NV 89053**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$1,957.37

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 3 | | | |
|---|---|---|---|

**Amex**
Nonpriority Creditor's Name

**Correspondence/Bankruptcy**
**PO Box 981540**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 0203

**When was the debt incurred?** Opened 03/13  Last Active 2/18/24

$29,262.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card Authorized User**

---

| 4.1 4 | | | |
|---|---|---|---|

**Amex**
Nonpriority Creditor's Name

**Correspondence/Bankruptcy**
**PO Box 981540**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 9007

**When was the debt incurred?** _____

$139,698.23

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card Purchases**

---

Debtor 1    **Salpy Boyajian**                                              Case number (if known) _____

| 4.15 | **Anthem Blue Cross Shield** | **Last 4 digits of account number** _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**700 Broadway**
**Denver, CO 80273**

Number Street City State Zip Code
**Who incurred the debt? Check one.**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.16 | **Aramark** | **Last 4 digits of account number** _____ | **$37,341.44** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 101179**
**Pasadena, CA 91189-1179**

Number Street City State Zip Code
**Who incurred the debt? Check one.**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                                     Case number (if known) _____

| 4.1 7 | **Aventine Property Group** | Last 4 digits of account number _____ | $23,276.04 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**111 S Wacker, Suite 3350**
**Chicago, IL 60606**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

| 4.1 8 | **B Riley Advisory Services (Canada)** | Last 4 digits of account number _____ | $23,238.01 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**3445 Peachtree Road, NE, Ste 1225**
**Atlanta, GA 30326**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

Debtor 1    **Salpy Boyajian**                                    Case number (if known) _____

---

| 4.1 9 | **BARR Credit Services** | **Last 4 digits of account number** _____ | **$12,641.90** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**

**4555 S. Palo Verde Rd. STE 125**

**Tucson, AZ 85714**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

| 4.2 0 | **Batory Foods** | **Last 4 digits of account number** _____ | **$10,050.09** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**

**P.O Box 102674**

**Pasadena, CA 91189-2674**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                                      Case number (if known) _____

| 4.2 1 | **BDS Analytics, Inc.** | **Last 4 digits of account number** _____ | **$11,000.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**

**6000 Spine Road,**
**Boulder, CO 80301**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.2 2 | **Bell Flavors & Fragrances, Inc.** | **Last 4 digits of account number** _____ | **$2,026.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**

**10618 Paysphere Circle**
**Chicago, IL 60674**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**

Case number (if known) _____

---

| 4.2 3 | **Best Hydroponic Supply** | | **$3,450.72** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**6818 W Cheyenne Ave**
**Las Vegas, NV 89108**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.2 4 | **Blackbird Logistics Corporation** | | **$66,866.60** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**5142 Hollister Ave #282**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                      Case number (if known) _____

| 4.2 5 | **Blake Clinkard** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**31-595 Rymal Rd East**
**Hamilton, Ontario, L8W3V6**
**Canada**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| 4.2 6 | **Blakes** | Last 4 digits of account number _____ | $2,092.50 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**595 Burrard St.**
**Suite 2600**
**Vancouver, V7X 1L3**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1   **Salpy Boyajian**                                              Case number (if known) _____

| | | |
|---|---|---|

**4.2 7**

| **Bottom Line Concepts LLC** | Last 4 digits of account number _____ | $244,526.89 |
|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**3323 NE 163rd St Ste 302**
**North Miami Beach, FL 33160**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

**4.2 8**

| **Broadbent & Associates, Inc.** | Last 4 digits of account number _____ | $3,088.43 |
|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**8 West Pacific Ave.**
**Henderson, NV 89015**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                                    Case number (if known) _____

---

<table>
<tr><td>4.2<br>9</td><td colspan="2"><b>Broadvoice</b></td></tr>
</table>

| | |
|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** _____ |
| **Attn: Bankruptcy Dept/Managing Agent** | $447.75 |
| **9221 Corbin Ave. Suite 155** | **When was the debt incurred?** _____ |
| **Northridge, CA 91324** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

<table>
<tr><td>4.3<br>0</td><td colspan="2"><b>Buchalter</b></td></tr>
</table>

| | |
|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** _____ |
| **Attn: Bankruptcy Dept/Managing Agent** | $68,355.29 |
| **1000 Wilshire Blvd. Suite 1500** | **When was the debt incurred?** _____ |
| **Los Angeles, CA 90017** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                          Case number (if known) _____

---

**4.3**
**1**

**Canalysis Nevada, LLC**                      Last 4 digits of account number _____           **$500.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing**
**Agent**                                       When was the debt incurred? _____
**P.O. Box 33457**
**Las Vegas, NV 89133**
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                ■ Other. Specify   **Business debt CN License CO I Inc dba**
☐ Yes                                                              **Flower One**

---

**4.3**
**2**

**Capital One**                                 Last 4 digits of account number  **8340**              **$11,178.26**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                                                             **Opened 11/04  Last Active**
**Po Box 30285**                                When was the debt incurred?      **02/24**
**Salt Lake City, UT 84130**
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                ■ Other. Specify   **Credit Card**
☐ Yes

---

**4.3**
**3**

**Capital One**                                 Last 4 digits of account number  **8132**              **$3,993.27**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                                                             **Opened 09/01  Last Active**
**Po Box 30285**                                When was the debt incurred?      **02/24**
**Salt Lake City, UT 84130**
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                ■ Other. Specify   **Charge Account**
☐ Yes

---

Debtor 1  **Salpy Boyajian**                                    Case number (if known) _____

| 4.3 4 | **Cassels (Canada)** | Last 4 digits of account number _____ | $264.80 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**595 Burrard St.**
**Suite 2600**
**Vancouver, V7X 1L3**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

| 4.3 5 | **CCCP, Inc.** | Last 4 digits of account number _____ | $73,897.63 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**2043 East St. #936**
**Concord, CA 94520**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

Debtor 1   **Salpy Boyajian**                                          Case number (if known) _____

---

4.3
6

**Century Link**                                          Last 4 digits of account number _____          **$2,007.50**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing**          When was the debt incurred?  _____
**Agent**
**PO Box 4300**
**Carol Stream, IL 60197-4300**
Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                           ☐ Contingent
☐ Debtor 2 only                                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ☐ Disputed
☐ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**             ☐ Student loans
**debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                          ■ Other. Specify   **Business debt CN License CO I Inc dba**
☐ Yes                                                                        **Flower One**

---

4.3
7

**Chemical Containers, Inc**                              Last 4 digits of account number _____          **$1,256.88**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing**          When was the debt incurred?  _____
**Agent**
**413 ABC Road**
**Lake Wales, FL 33859**
Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                           ☐ Contingent
☐ Debtor 2 only                                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ☐ Disputed
☐ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**             ☐ Student loans
**debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                          ■ Other. Specify   **Business debt CN License CO I Inc dba**
☐ Yes                                                                        **Flower One**

---

Debtor 1    **Salpy Boyajian**                                            Case number (if known) _____

---

| 4.3 8 | **Cintas** | **Last 4 digits of account number** _____ | **$2,403.76** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing
Agent
PO Box 631025
Cincinnati, OH 45263-1025**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

| 4.3 9 | **City of North Las Vegas Utilities Dept** | **Last 4 digits of account number** 4830 | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing
Agent
PO Box 360118
North Las Vegas, NV 89036-0118**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                              Case number (if known) _____

| 4.4 0 | **City of North Las Vegas Utilities Dept** | Last 4 digits of account number  **6043** | **$365,945.47** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 360118**
**North Las Vegas, NV 89036-0118**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

| 4.4 1 | **City of North Las Vegas Utilities Dept** | Last 4 digits of account number  **8990** | **$3,653.97** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 360118**
**North Las Vegas, NV 89036-0118**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                                    Case number (if known) _____

| 4.4 2 | **Clearsolv Solvents USA inc.** | Last 4 digits of account number _____ | **$10,339.56** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**306-890 Clement Ave**
**Kelowna**
**British Columbia V1Y 0H8**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

| 4.4 3 | **CohnReznick LLP** | Last 4 digits of account number _____ | **$15,452.46** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**200 South Wacker Drive**
**Chicago, IL 60606**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

Debtor 1   **Salpy Boyajian**                                                    Case number (if known) _____

| | |
|---|---|
| **4.4 4** | |

**Communication Electronic Systems**                    Last 4 digits of account number _____            **$1,020.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**                When was the debt incurred? _____
**4080 E. Lake Mead, Suite A**
**Las Vegas, NV 89115**
Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**        ☐ Student loans
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**                      ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                         ■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**
☐ Yes

---

| | |
|---|---|
| **4.4 5** | |

**Control Works Inc**                                    Last 4 digits of account number _____            **$5,950.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**                When was the debt incurred? _____
**13720 Mountain Ave**
**Chino, CA 91710**
Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**        ☐ Student loans
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**                      ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                         ■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**
☐ Yes

---

Debtor 1  **Salpy Boyajian**                                                    Case number (if known) _____

---

| 4.4 6 | **COX Business** | **Last 4 digits of account number** _____ | $1,364.05 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 53262**
**Phoenix, AZ 85072-3262**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.4 7 | **Custom Label** | **Last 4 digits of account number** _____ | $1,116.17 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**3392 Investment Blvd**
**Hayward, CA 94545**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                                      Case number (if known) _____

| | |
|---|---|
| **4.4 8** | |

**D&G Scale Nevada Inc.**                          Last 4 digits of account number _____          **$2,951.71**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing**       When was the debt incurred? _____
**Agent**
**1201 American Pacific Suite #H**
**Henderson, NV 89074**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**      ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                   ■ Other. Specify **Business debt CN License CO I Inc dba**
☐ Yes                                                                **Flower One**

---

| | |
|---|---|
| **4.4 9** | |

**Dennis Group Inc.**                              Last 4 digits of account number _____        **$4,359,228.30**
Nonpriority Creditor's Name
**C/o Peel & Brimley LLP**                          When was the debt incurred? _____
**Attn: Cary Domina, Esq.**
**3333 E. Serene Ave., Suite 200**
**Henderson, NV 89074**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ■ Disputed
■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**      ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                   **Business litigation known as The Dennis**
                                                   **Group, Inc. v. CN Landco II LLC et al. / Case**
                                                   **No.: A-21-832958-B in the Eighth Judicial**
☐ Yes                              ■ Other. Specify  **District Court, State of Nevada**

---

Debtor 1   **Salpy Boyajian**                                    Case number (if known) _____

---

4.5 0

| **Diamond Straw, Inc.** | **Last 4 digits of account number** _____ | **$160,834.80** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**3024 Rosslyn Street**
**Los Angeles, CA 90065**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt CN License CO I Inc dba Flower One**

---

4.5 1

| **Diamondback Electric LLC** | **Last 4 digits of account number** _____ | **$8,270.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**925 Chaps Cir.**
**Henderson, NV 89002**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                    Case number (if known) _____

| 4.5 2 | **Diebold Nixdorf (DN)** | Last 4 digits of account number _____ | $2,704.86 |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO BOX 643543**
**Pittsburgh, PA 15264-3543**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

| 4.5 3 | **Douglas Machines Corp.** | Last 4 digits of account number _____ | $4,201.45 |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**4500 110th Ave N.**
**Clearwater, FL 33762**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

Debtor 1    **Salpy Boyajian**

Case number (if known) _____

| 4.5 4 | **Ecolab Chemicals** | Last 4 digits of account number _____ | **$5,039.34** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 100512**
**Pasadena, CA 91189**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.5 5 | **Elevated Equipment** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**2651 E 45th St**
**Vernon, CA 90058**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                                    Case number (if known) _____

| 4.5 6 | **Elevated Insights LLC** | **Last 4 digits of account number** _____ | **$5,669.04** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**7960 Rafael Rivera Way #1423**
**Las Vegas, NV 89113**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

| 4.5 7 | **Elite Tactical Security Solutions, LLC** | **Last 4 digits of account number** _____ | **$40,000.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**35 E.Horizon Ridge Pkwy 110-104**
**Henderson, NV 89002**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

Debtor 1   **Salpy Boyajian**                                                  Case number (if known) _____

---

| 4.5 8 | **Empyreal Enterprises LLC** | **Last 4 digits of account number** _____ | **$3,279.03** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 101111**
**Denver, CO 80250**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| 4.5 9 | **EquipmentShare.com, Inc** | **Last 4 digits of account number** _____ | **$3,923.94** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**3665 W. Diablo Drive Suite 100**
**Las Vegas, NV 89118**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                              Case number (if known) _____

---

| 4.6 0 | **Ernest Packaging Solutions** | | **Last 4 digits of account number** _____ | | **$2,115.64** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**3930 W. Windmill Lane Suite 110**
**Las Vegas, NV 89139**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

| 4.6 1 | **ERP, LLC dba ACE Analytical Laboratory** | | **Last 4 digits of account number** _____ | | **$457,875.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**2557 Red Arrow Drive**
**Las Vegas, NV 89135**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                    Case number (if known) _____

---

| 4.6 2 | **Exclaimer Ltd.** | **Last 4 digits of account number** _____ | $137.75 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**445 Park Ave. 9th Floor**
**New York, NY 10022**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify **Business debt CN License CO I Inc dba Flower One**

---

| 4.6 3 | **Faceforward Software Solutions Inc** | **Last 4 digits of account number** _____ | $7,975.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 1268**
**Ellensburg, WA 98926**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                          Case number (if known)

---

| 4.6 4 | **Final Bell Holdings dba Dosist** | Last 4 digits of account number | $125,000.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**

**1507 7th Street, Suite 490**

**Santa Monica, CA 90401**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| 4.6 5 | **FlowerHired Inc.** | Last 4 digits of account number | $17,500.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**

**12100 Wilshire Blvd. Ste 1420**

**Los Angeles, CA 90025**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                                    Case number (if known) _____

| | | |
|---|---|---|
| **4.6 6** | **FONA International** | **Last 4 digits of account number** _____ $1,297.65 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 71333**
**Chicago, IL 60694-1333**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| | | |
|---|---|---|
| **4.6 7** | **G3 Labs, LLC** | **Last 4 digits of account number** _____ $458,495.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**3220 Procyon Street**
**Las Vegas, NV 89102**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                          Case number (if known) _____

| 4.6 8 | **Gift of Life America Fund, Inc.** | **Last 4 digits of account number** _____ | **$4,000.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**1 Kalisa Way**
**Paramus, NJ 07652**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| 4.6 9 | **Global Industrial** | **Last 4 digits of account number** _____ | **$794.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**29833 NETWORK PLACE**
**CHICAGO, IL 60673**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                          Case number (if known) _____

| 4.7 0 | **GOKEYLESS** | Last 4 digits of account number ___ ___ ___ ___ | $1,992.09 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**955 Mound Road**
**Miamisburg, OH 45342**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

| 4.7 1 | **Grainger** | Last 4 digits of account number ___ ___ ___ ___ | $4,337.94 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**2401 Western Ave.**
**Las Vegas, NV 89102-4815**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                                                        Case number (if known) _____

| | | | |
|---|---|---|---|
| 4.7 2 | **Green Flower Media Inc.** | **Last 4 digits of account number** _____ | **$2,123.34** |

Nonpriority Creditor's Name
**ATTN: Accounts Receivable**
**4744 Telephone Rd Ste 3-289**
**Ventura, CA 93003**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only      ☐ Contingent

☐ Debtor 2 only      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only      ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**      ☐ Student loans

**Is the claim subject to offset?**      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes      ■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

| | | | |
|---|---|---|---|
| 4.7 3 | **Greenrushpackaging** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**150 Progress Suite 260**
**Irvine, CA 92618**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only      ☐ Contingent

☐ Debtor 2 only      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only      ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**      ☐ Student loans

**Is the claim subject to offset?**      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes      ■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

Debtor 1    **Salpy Boyajian**                                    Case number (if known)  _____

| 4.7 4 | **Growers House, LLC** | **Last 4 digits of account number** _____ | **$10,631.31** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**3635 E. 34th Street**
**Tuscon, AZ 85713**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

| 4.7 5 | **H&M Unlimited Inc.** | **Last 4 digits of account number** _____ | **$8,000.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**2773 North Lamb Blvd**
**Las Vegas, NV 89115**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

Debtor 1    **Salpy Boyajian**                                          Case number (if known) _____

---

**4.7 6**

| | |
|---|---|
| **H2O Engineering, Inc.** | **Last 4 digits of account number** _____        $19,938.01 |
| Nonpriority Creditor's Name | |
| **Attn: Bankruptcy Dept/Managing Agent** | **When was the debt incurred?** _____ |
| **189 Granada Drive** | |
| **San Luis Obispo, CA 93401** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

**4.7 7**

| | |
|---|---|
| **Harrington Industrial Plastics, LLC** | **Last 4 digits of account number** _____        $2,113.15 |
| Nonpriority Creditor's Name | |
| **Attn: Bankruptcy Dept/Managing Agent** | **When was the debt incurred?** _____ |
| **P.O. Box 676273** | |
| **Dallas, TX 75267-6273** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                   Case number (if known) _____

| 4.78 | **Harris Las Vegas, LLC** | **Last 4 digits of account number** _____ | **$82,607.82** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**

**5701 W. Sunset Road**

**Las Vegas, NV 89118**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| 4.79 | **Hefestus USA Inc. (Legacy)** | **Last 4 digits of account number** _____ | **$145,114.15** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**

**750 Dorrell Lane, Suite 120**

**North Las Vegas, NV 89086**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

Debtor 1    **Salpy Boyajian**                                                    Case number (if known) _____

| 4.8 0 | **Henderson Electric Motors Inc.** | **Last 4 digits of account number** _____ | **$10,016.46** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 92557**
**Henderson, NV 89009**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

| 4.8 1 | **Hort Americas, LLC** | **Last 4 digits of account number** _____ | **$8,840.95** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**2801 Renee Street**
**Bedford, TX 76021-5207**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                    Case number (if known) _____

---

| 4.8 2 | **Hunter Litigation Chambers** | Last 4 digits of account number ___ ___ ___ ___ | $53,341.77 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**1040 W Georgia St #2100,**
**Vancouver, BC V6E 4H1, Canada**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.8 3 | **Hydrofarm, LLC** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 102326**
**Pasadena, CA 91189**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                           Case number (if known) _____

---

**4.84**

**Imperial Productions V, LLC**
Nonpriority Creditor's Name
**Attn: Mr. Barry Klarberg**
**209 East 31st Street**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business litigation known as Imperial Productions V, LLC et al. v. Flower One Holdings Inc., JAMS Reference No. 1425035048**

---

**4.85**

**Indagro Lighting BV**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**Sint-Jozefslaan 1B 9190 STEKENE Belgium**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____                    **$9,165.28**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1   **Salpy Boyajian**                                    Case number (if known) _____

| 4.8 6 | **Insight (CAD)** | **Last 4 digits of account number** _____ | **$14,170.10** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 15428 Station A**
**Toronto, M5W 1C1        ON**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| 4.8 7 | **Internal Revenue Service** | **Last 4 digits of account number** _____ | **$5,425.25** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 7346**
**Philadelphia, PA 19101**

Number Street City State Zip Code

**When was the debt incurred?**   **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **1040 Taxes**

---

Debtor 1   **Salpy Boyajian**                                         Case number (if known) _____

| 4.8 8 | | |
|---|---|---|

**International Chemtex Corporation**          Last 4 digits of account number _____          $1,556.59
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing**           When was the debt incurred?   _____
**Agent**
**8287 214th Street West**
**Lakeville, MN 55044**
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
                                               ■ Other. Specify   **Business debt CN License CO I Inc dba**
☐ Yes                                                            **Flower One**

---

| 4.8 9 | | |
|---|---|---|

**Invictus International Holdings LLC**        Last 4 digits of account number _____          $2,271.45
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing**           When was the debt incurred?   _____
**Agent**
**5030 S Decatur Blvd, Suite H**
**Las Vegas, NV 89118**
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
                                               ■ Other. Specify   **Business debt CN License CO I Inc dba**
☐ Yes                                                            **Flower One**

---

Debtor 1  **Salpy Boyajian**                                        Case number (if known) _____

| 4.9 0 | **iTec Controls & Electric, Inc** | Last 4 digits of account number _____ | **$6,064.85** |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: Accounts Receivable**
**4323 Basil Leaf Ave.**
**North Las Vegas, NV 89031**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a  community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| 4.9 1 | **Kaempfer Crowell** | Last 4 digits of account number _____ | **$12,356.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**1980 Festival Plaza Drive, Suite 650**
**Las Vegas, NV 89135-2958**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a  community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                           Case number (if known) _____

| 4.9 2 | **Kaseya US LLC** | | Last 4 digits of account number _____ | **$2,250.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 419327**
**Boston, MA 02241-9327**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.9 3 | **Keirton Inc.** | | Last 4 digits of account number _____ | **$10,106.32** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**#109 10425 173 St.**
**Surrey , V4N 5H3        British Columbia**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                    Case number (if known) _____

| 4.9 4 | **Kimtron Inc.** | **Last 4 digits of account number** _____ | **$138,791.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**115 Hurley Rd.**
**Oxford, CT 06478**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

| 4.9 5 | **Kings III of America, LLC** | **Last 4 digits of account number** _____ | **$836.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**751 Canyon Drive Ste 100**
**Coppell, TX 75019**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                              Case number (if known) _____

---

| 4.9 6 | **Kiva Brands, Inc.** | Last 4 digits of account number _____ | **$397,795.05** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**

**699 Lewelling Blvd.**

**San Leandro, CA 94579**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

| 4.9 7 | **KushPak, Inc.** | Last 4 digits of account number _____ | **$1,473.20** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**

**11958 Monarch Avenue**

**Garden Grove, CA 92841**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                          Case number (if known) _____

| 4.9<br>8 | **Las Vegas Toilet Rentals, Inc.** | Last 4 digits of account number _____ | **$3,787.50** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**2069 Christy Lane**
**Las Vegas, NV 89156**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.9<br>9 | **Law Office of David Agler** | Last 4 digits of account number _____ | **$22,673.33** |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: Accounts Receivable**
**12450 Magnolia Blvd #3960**
**Valley Village, CA 91607-9998**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                          Case number (if known) _____

| 4.1 00 | **LCR 3413 Neeham LLC** | **Last 4 digits of account number** _____ | **$2,000,000.00** |

Nonpriority Creditor's Name
**C/o McDonald Carano LLP**
**Attn: George F. Ogilvie III, Esq.**
**2300 W. Sahara Ave., Suite 1200**
**Las Vegas, NV 89102**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt CN License CO III, Inc. and Flower One Holdings, Inc.**

---

| 4.1 01 | **LegalShield** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 2629**
**Ada, OK 89030-3350**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                      Case number (if known) _____

---

| 4.1 02 | **LJ Ross** | | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 6099**
**Jackson, MI 49204**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 03 | **Lockton Companies, LLC** | | **Last 4 digits of account number** _____ | **$179,965.52** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**13923 Collections Center Drive**
**Chicago, IL 60693**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 52 of 90

Debtor 1   **Salpy Boyajian**                                          Case number (if known) _____

---

**4.1 04**

**LV.net**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**2595 Fremont Street**
**Las Vegas, NV 89104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$355.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

**4.1 05**

**MA & Associates**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**2009 Western Avenue**
**Las Vegas, NV 89102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$450.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                         Case number (if known) _____

---

| 4.1 06 | **Maril Products Inc** | **Last 4 digits of account number** _____ | **$2,801.56** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**15421 Red Hill Ave. Suite D**
**Tustin, CA 92780**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 07 | **Max Q Technologies, Inc** | **Last 4 digits of account number** _____ | **$61,207.50** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**100 Reserve Road Suite CC250**
**Danbury, CT 06810**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                                                     Case number (if known) _____

| 4.1 08 | **Messer LLC** | **Last 4 digits of account number** _____ | **$31,304.34** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**88718 Expedite Way**
**Chicago, IL 60695-1700**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 09 | **Metrc, LLC** | **Last 4 digits of account number** _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**4151 S Pipkin Rd**
**Lakeland, FL 33811**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

Official Form 106 E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**                 Page 55 of 90

Debtor 1 **Salpy Boyajian**                                    Case number (if known) _____

| 4.1 10 | **MG Solutions LLC** | | **Last 4 digits of account number** _____ | **$71,182.66** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**361 Vernon Ave Ste 1**
**Venice, CA 90291**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt CN License CO I Inc dba Flower One**

| 4.1 11 | **Microsoft** | | **Last 4 digits of account number** _____ | **$6,737.51** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**One Microsoft Way**
**Redmond, WA 98052**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt CN License CO I Inc dba Flower One**

Debtor 1   **Salpy Boyajian**                                          Case number (if known) _____

---

| 4.1<br>12 | **MJ Dropoff** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**4670 S Valley View Blvd**
**Las Vegas, NV 89103**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| 4.1<br>13 | **MJ-Tech North America Inc.** | Last 4 digits of account number _____ | **$11,671.55** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**38 Seneca Rd.**
**Leamington, ON  N8H 5H7**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                              Case number (if known) _____

---

4.1
14

| **Nature's Lab Extracts** | **Last 4 digits of account number** _____ | **$4,133.10** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**26500 Agoura Rd 102-225**
**Calabasas, CA 91302**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

4.1
15

| **Nevada Crystal Premium** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**6185 S Valley View Blvd Ste H**
**Las Vegas, NV 89118**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                              Case number (if known) _____

---

| 4.1 16 | **Nevada Dispensary Association** | | | $300.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 370398**
**Las Vegas, NV 89137-0398**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 17 | **Nevada Erth LLC (Eco Corp)** | | | $700.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**6787 W. Tropicana Ave Ste 120B**
**Las Vegas, NV 89103**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                          Case number (if known) _____

---

**4.1 18**

**Nutrien Ag Solutions, Inc.** | **Last 4 digits of account number** _____ | **$1,938.79**

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 669**
**Santa Maria, CA 93456**

**When was the debt incurred?** _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**
- ☐ At least one of the debtors and another
- ☐ Student loans
- ☐ **Check if this claim is for a community debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**
- ☐ Yes

---

**4.1 19**

**NV Cann Labs** | **Last 4 digits of account number** _____ | **$425,613.88**

Nonpriority Creditor's Name

**ATTN: Accounts Receivable**
**PO Box 61258**
**Palo Alto, CA 94306**

**When was the debt incurred?** _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**
- ☐ At least one of the debtors and another
- ☐ Student loans
- ☐ **Check if this claim is for a community debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**
- ☐ Yes

---

**4.1 20**

**NV Energy** | **Last 4 digits of account number** 6534 | **$5,993.11**

Nonpriority Creditor's Name

**ATTN: Accounts Receivable**
**P.O. Box 98910**
**Las Vegas, NV 89151-0001**

**When was the debt incurred?** _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**
- ☐ At least one of the debtors and another
- ☐ Student loans
- ☐ **Check if this claim is for a community debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify  **Business Debt CN License CO I Inc dba Flower One**
- ☐ Yes

---

Debtor 1  **Salpy Boyajian**                                                  Case number (if known) _____

---

| 4.1<br>21 | **NV Energy** | Last 4 digits of account number  **8997** | **$103,011.86** |

Nonpriority Creditor's Name
**ATTN: Accounts Receivable**
**P.O. Box 98910**
**Las Vegas, NV 89151-0001**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.1<br>22 | **NV Energy** | Last 4 digits of account number  **1570** | **$329,876.05** |

Nonpriority Creditor's Name
**ATTN: Accounts Receivable**
**P.O. Box 98910**
**Las Vegas, NV 89151-0001**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.1<br>23 | **NV Energy** | Last 4 digits of account number  **1588** | **$692,376.14** |

Nonpriority Creditor's Name
**ATTN: Accounts Receivable**
**P.O. Box 98910**
**Las Vegas, NV 89151-0001**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                           Case number (if known) _____

| | | | |
|---|---|---|---|

**4.1 24**

**NV Energy**
Nonpriority Creditor's Name
**ATTN: Accounts Receivable**
**P.O. Box 98910**
**Las Vegas, NV 89151-0001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$138,479.17**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

**4.1 25**

**Old Pal**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**435 Sierra St, #2**
**El Segundo, CA 90245**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$213,732.36**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                          Case number (if known) _____

---

| 4.1 26 | **Omega II, Inc.** | Last 4 digits of account number _____ | $85,625.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**3525 Main Street**
**Chula Vista, CA 91911**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 27 | **Orkin** | Last 4 digits of account number _____ | $1,139.97 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 7161**
**Pasadena, CA 91109-7161**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                            Case number (if known) _____

---

**4.1
28**

| | |
|---|---|
| **Paychex of New York LLC** | Last 4 digits of account number _____  $2,510.50 |
| Nonpriority Creditor's Name | |
| **Attn: Bankruptcy Dept/Managing Agent** | When was the debt incurred? _____ |
| **P.O. Box 732954** | |
| **Dallas, TX 75373-2954** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

**4.1
29**

| | |
|---|---|
| **Pet Benefit Solutions** | Last 4 digits of account number _____  $290.50 |
| Nonpriority Creditor's Name | |
| **Attn: Bankruptcy Dept/Managing Agent** | When was the debt incurred? _____ |
| **211 Blvd. of the Americas Suite 403** | |
| **Lakewood, NJ 08701** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                                   Case number *(if known)*

| 4.1 30 | **Praxair Distribution, Inc. dba Linde Gas** | Last 4 digits of account number | $28,692.57 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 120812**
**Dept 0812**
**Dallas, TX 75312-0812**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

| 4.1 31 | **Priva Inc.** | Last 4 digits of account number | $43,279.38 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**400 W Ventura Blvd**
**Suite 200**
**Camarillo, CA 93010**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

Debtor 1    **Salpy Boyajian**                                          Case number (if known) _____

---

| 4.1 32 | **Professional Label Solutions LLC** | Last 4 digits of account number _____ | **$3,752.30** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**4625 S. Lakeshore Dr. #404**
**Tempe, AZ 85282**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 33 | **Progressive Commercial** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 894107**
**Los Angeles, CA 90189-4107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                                          Case number (if known) _____

| 4.1 34 | **Protective Insurance** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**111 Congressional Blvd., Suite 500**
**Carmel, IN 46032**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 35 | **Protrim, LLC** | **Last 4 digits of account number** _____ | **$77,177.10** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 7099**
**Indianapolis, IN 46207**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

Debtor 1   **Salpy Boyajian**                                       Case number (if known) _____

---

| 4.1 36 | **Pyro Combustion & Controls, Inc.** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**2969 S. Highland Dr.**
**Las Vegas, NV 89109**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 37 | **Rad Source Technologies, Inc.** | **Last 4 digits of account number** _____ | **$186,666.50** |

Nonpriority Creditor's Name
**ATTN: Accounts Receivable**
**4907 Golden Parkway, Ste 400**
**Buford, GA 30518**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                         Case number (if known) _____

| 4.1 38 | **Republic Services # 620** | Last 4 digits of account number ___ ___ ___ ___ | $5.54 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 78829**
**Phoenix, AZ 85062**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 39 | **Richard Ormond** | Last 4 digits of account number ___ ___ ___ ___ | $161,000.01 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**15640 Woodvale Road**
**Encino, CA 91436**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                              Case number (if known) _____

| 4.1 40 | **Richards Packaging Inc.** | **Last 4 digits of account number** _____ | **$23,641.90** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**Box 4500 Unit 93**
**Portland, OR 97208**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 41 | **RingCentral Inc.** | **Last 4 digits of account number** _____ | **$341.09** |

Nonpriority Creditor's Name

**ATTN: Accounts Receivable**
**20 Davis Drive**
**Belmont, CA 94002 USA**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**

Case number (if known) _____

---

| 4.1 42 | **Romeo Packing Company** | | **Last 4 digits of account number** _____ | | **$1,410.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**106 Princeton Ave.**
**Half Moon Bay, CA 94019-4035**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 43 | **Rosin Technologies LLC** | | **Last 4 digits of account number** _____ | | **$4,351.47** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**1428 Arrow Highway**
**Irwindale, CA 91706**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 44 | **Rostom Boyajian** | | **Last 4 digits of account number** _____ | | **$150,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**5047 Angeles Crest Hwy**
**La Canada Flintridge, CA 91011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Loan**

---

Debtor 1    **Salpy Boyajian**                                          Case number (if known) _____

---

| 4.1 45 | **Royal Liner** | Last 4 digits of account number _____ | **$2,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**4821 Chino Avenue**
**Chino, CA 91710**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 46 | **RR Donnelley** | Last 4 digits of account number _____ | **$88.89** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 932721**
**Cleveland, OH 44193**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                                    Case number (if known) _____

| 4.1 47 | **RW Hartnett Company** | Last 4 digits of account number _____ | $2,987.50 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**2055 Bennett Road**
**Philadelphia, PA 19116**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt CN License CO I Inc dba Flower One**

| 4.1 48 | **Schneider Electric Buildings Americas In** | Last 4 digits of account number _____ | $18,642.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 841868**
**Dallas, TX 75284-1868**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt CN License CO I Inc dba Flower One**

Debtor 1    **Salpy Boyajian**                                              Case number (if known) _____

| 4.1 49 | | | |
|---|---|---|---|

**Sheba Statham**                                    Last 4 digits of account number _____          **$3,000.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing**          When was the debt incurred? _____
**Agent**
**2550 Veronella St.**
**Henderson, NV 89044**
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                ■ Other. Specify  **Business debt CN License CO I Inc dba**
☐ Yes                                                            **Flower One**

| 4.1 50 | | | |
|---|---|---|---|

**Showcase Contracting LLC**                    Last 4 digits of account number _____          **$9,025.96**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing**          When was the debt incurred? _____
**Agent**
**1610 Raiders Way, Suite 125**
**Henderson, NV 89052**
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                ■ Other. Specify  **Business debt CN License CO I Inc dba**
☐ Yes                                                            **Flower One**

Debtor 1    **Salpy Boyajian**                                                    Case number (if known) _____

| | | | |
|---|---|---|---|
| 4.1 51 | **Silver State Analytical Laboratories, In** | Last 4 digits of account number _____ | **$7,203.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**3626 E. Sunset Road, Suite 100**
**Las Vegas, NV 89120**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?    _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

| | | | |
|---|---|---|---|
| 4.1 52 | **Sklar Williams PLLC** | Last 4 digits of account number _____ | **$7,290.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**410 South Rampart Boulevard, Suite 350**
**Las Vegas, NV 89145**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?    _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                          Case number (if known) _____

---

<table>
<tr><td>4.1<br>53</td><td colspan="2"></td></tr>
</table>

**Snell & Wilmer LLP**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**1 East Washinton St Suite 2700**
**Phoenix, AZ 85004**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    $158,872.19

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

<table>
<tr><td>4.1<br>54</td><td colspan="2"></td></tr>
</table>

**Southwest Gas**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 98890**
**Las Vegas, NV 89193-8890**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  8524                    $802,275.87

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**

Case number (if known) _____

| 4.1 55 | |
|---|---|

**Southwest Gas**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 98890**
**Las Vegas, NV 89193-8890**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$1,273.67**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 56 | |
|---|---|

**Southwest Gas**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 98890**
**Las Vegas, NV 89193-8890**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                     Case number (if known) _____

| 4.1 57 | **Statewide Fire Protection** | Last 4 digits of account number _____ | $3,615.84 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 412007**
**Boston, MA 02241-2007**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 58 | **Stratus Technologies Ireland LTD Lockbox** | Last 4 digits of account number _____ | $4,920.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**28478 Network Place**
**Chicago, IL 60673-1284**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

Debtor 1    **Salpy Boyajian**                                                    Case number (if known) _____

| 4.159 | **Summa Distribution** | **Last 4 digits of account number** _____ | **$9,430.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**5900 Emerald Ave.**
**Las Vegas, NV 89122**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| 4.160 | **Swagelok** | **Last 4 digits of account number** _____ | **$1,436.39** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 248819**
**Oklahoma City, OK 73124-8819**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                    Case number (if known) _____

| 4.1 61 | **T-Mobile** | Last 4 digits of account number _____ | $2,141.96 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO BOX 742596**
**Cincinnati, OH 45274-2596**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 62 | **Tennant Sales and Service Company** | Last 4 digits of account number _____ | $1,921.55 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 71414**
**Chicago, IL 60694-1414**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                                    Case number (if known) _____

| | | |
|---|---|---|
| 4.1 63 | **The Nav People Inc.** | Last 4 digits of account number _____    $22,496.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**701 East Bridger Ave**
**Suite 400**
**Las Vegas, NV 89101**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

| | | |
|---|---|---|
| 4.1 64 | **Tiberti Fence Company** | Last 4 digits of account number _____    $225.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**4975 Rogers Street**
**Las Vegas, NV 89118**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

Debtor 1  **Salpy Boyajian**                                    Case number (if known) _____

---

| 4.1 65 | **TK Elevator Corporation** | | Last 4 digits of account number _____ | | $5,854.26 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 3796**
**Carol Stream, IL 60132-3796**

When was the debt incurred?  _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 66 | **Todd Jenkins** | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name

**C/o Powers Law**
**Attn: Eric S. Powers**
**2460 Professional Court, Suite 200**
**Las Vegas, NV 89128**

When was the debt incurred?  _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Business litigation known as Todd Jenkins v. Helix Electric of Nevada et al. / Case No.: A-21-833401-C in the Eighth Judicial District Court, Clark County, Nevada**

---

Debtor 1  **Salpy Boyajian**                                                Case number (if known) _____

| 4.1 67 | **Treeform Packaging Solutions** | **Last 4 digits of account number** _____ | **$1,910.31** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**1451 Danville Blvd. Ste 103**
**Alamo, CA 94507**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

| 4.1 68 | **TWAS Management LLC** | **Last 4 digits of account number** _____ | **$4,050.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**15445 Ventura Blvd #32**
**Sherman Oaks, CA 91403**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt CN License CO I Inc dba Flower One**

Debtor 1    **Salpy Boyajian**                                                    Case number (if known) _____

| 4.1 69 | **UBEO West LLC** | | **$2,111.86** |

| | Nonpriority Creditor's Name | |

**UBEO West LLC**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 301062**
**Los Angeles, CA 90030-1062**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 70 | **Uline** | | **$3,135.99** |

**Uline**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 88741**
**Chicago, IL 60680-1741**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1    **Salpy Boyajian**                                                      Case number (if known) _____

| 4.1 71 | **United Rentals** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 051122**
**Los Angeles, CA 90074-1122**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$22,308.01**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

| 4.1 72 | **Urban-Gro** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**1751 Panorama Pt Unit G**
**Lafayette, CO 80026-9452**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$2,680.73**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

Debtor 1  **Salpy Boyajian**                                    Case number (if known) _____

| | | |
|---|---|---|
| 4.1 73 | **Veritext Legal Solutions** | Last 4 digits of account number _____ | **$9,137.35** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**2250 S. Rancho Dr., Ste. 195**
**Las Vegas, NV 89102**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt CN License CO I Inc dba Flower One**

---

| | | |
|---|---|---|
| 4.1 74 | **Wilcox and Adams Holdings, LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**Attn: William P. Beatson III**
**10923-24 McCormick Road**
**Hunt Valley, MD 21031**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business litigation known as Imperial Productions V, LLC et al. v. Flower One Holdings Inc., JAMS Reference No. 1425035048**

---

Debtor 1  **Salpy Boyajian**                                                              Case number (if known) _____

---

| 4.1 75 | **Wilde & Associates LLC** | Last 4 digits of account number _____ | $3,413.20 |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**7473 W. Lake Mead Blvd. #100**
**Las Vegas, NV 89134**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 76 | **WM Wunderlich-Malec Engineering Systems** | Last 4 digits of account number _____ | $1,775.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**6101 Blue Circle Drive**
**Eden Prairie, MN 55343**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business debt CN License CO I Inc dba Flower One**

---

Debtor 1  **Salpy Boyajian**                                          Case number (if known) _____

---

| 4.1 77 | **WP Engine Inc.** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**

**504 Lavaca StreetSuite 1000**

**Austin, TX 78701**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt CN License CO I Inc dba Flower One**

---

| 4.1 78 | **Zhongshan Hord Rapidtools Co., Ltd.** | Last 4 digits of account number _____ | **$4,950.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**

**C Bldg,Yixian Road No.112,Torch Developm**

**52843 Zhongshan**

**Guangdong,PRC**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt CN License CO I Inc dba Flower One**

---

### Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ABG Consultants** **Attn: Bankruptcy Dept/Managing Agent** **9450 SW Gemini Dr PMB 65198** **Beaverton, OR 97008-7105** | Line **4.3** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Barr Credit Services** **Attn: Bankruptcy Dept/Managing Agent** **3444 N Country Club Rd Ste 200** | Line **4.140** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  **Salpy Boyajian**                                    Case number (if known) _____

**Tucson, AZ 85716**

| | |
|---|---|
| Last 4 digits of account number | |

Name and Address
**FlowerHired Inc.**
**Attn: Bankruptcy Dept/Managing Agent**
**1112 Ocean Drive #300**
**Manhattan Beach, CA 90266**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.65** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Imperial Productions V, LLC**
**C/o Pryor Cashman LLP**
**Attn: Brad D. Rose, Esq.**
**7 Times Square**
**New York, NY 10036**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.84** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**LCR 3413 Neeham LLC**
**C/o CT Corporation System**
**Attn: Bankruptcy Dept/Managing Agent**
**701 S. Carson St., Ste. 200**
**Carson City, NV 89701**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.100** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Praxair Distribution, Inc. dba Linde Gas**
**ATTN: Accounts Receivable**
**1211 Gibson Ave.**
**Ogden, UT 84404**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.130** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Statewide Fire Protection**
**Attn: Bankruptcy Dept/Managing Agent**
**3130 Westwood Drive**
**Las Vegas, NV 89109**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.157** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**The Receivable Management Services LLC**
**Attn: Bankruptcy Dept/Managing Agent**
**12755 Hwy 55 Suite 300**
**Plymouth, MN 55441**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.108** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**TK Elevator Corporation**
**Attn: Bankruptcy Dept/Managing Agent**
**5440 S. Procyon St. Suite B**
**Las Vegas, NV 89118**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.165** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**UBEO**
**Attn: Bankruptcy Dept/Managing Agent**
**3131 Esplanade**
**Chico, CA 95973**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.169** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Debtor 1  **Salpy Boyajian**                                        Case number (if known) _____

Name and Address
**Wilcox and Adams Holdings LLC**       On which entry in Part 1 or Part 2 did you list the original creditor?
**C/o Pryor Cashman LLP**                Line **4.174** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
**Attn: Brad D. Rose, Esq.**                                             ■ Part 2: Creditors with Nonpriority Unsecured Claims
**7 Times Square**
**New York, NY 10036**

                                         Last 4 digits of account number _____

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 4,981,714.09 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 4,981,714.09 |

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 14,664,642.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 14,664,642.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Salpy Boyajian** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Uhaul**<br>**160 W. Craig Rd.**<br>**North Las Vegas, NV 89030** | **Month-to-Month Storage Unit** |
| 2.2  **Wakefield/Moorcroft LLC**<br>**3024 Rosslyn Street**<br>**Los Angeles, CA 90065** | **Residential Lease - Expires 9/1/2026** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Salpy Boyajian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **1260755 BC Ltd.**<br>**433 8th Ave. W.**<br>**Vancouver, BC, V5Y 3Z5**<br>**Business related debt** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.49**<br>☐ Schedule G _____<br>**Dennis Group Inc.** |
| 3.2 | **Aventine Property Group, Inc.**<br>**2405 York Road #201**<br>**Lutherville Timonium, MD 21093**<br>**Business related debt** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.49**<br>☐ Schedule G _____<br>**Dennis Group Inc.** |
| 3.3 | **Calvin Burslie**<br>**C/o Bullard, Brown & Beal, LLP**<br>**Attn: Jeremy E. Beal, Esq.**<br>**7915 West Sahara Ave.**<br>**Las Vegas, NV 89117**<br>**Business related debt** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.166**<br>☐ Schedule G _____<br>**Todd Jenkins** |

Debtor 1   **Salpy Boyajian**                                          Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **Cana Nevada Corp.**<br>**3950 N. Bruce Street**<br>**North Las Vegas, NV 89030**<br>**Business related debt** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |
| 3.5 | **CN Labor Management, Inc.**<br>**3950 N. Bruce Street**<br>**North Las Vegas, NV 89030**<br>**Business related debt** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |
| 3.6 | **CN Landco II, LLC**<br>**3443 Neeham Rd.**<br>**North Las Vegas, NV 89030**<br>**Business related debt** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |
| 3.7 | **CN Landco III, LLC**<br>**3950 N. Spruce St.**<br>**North Las Vegas, NV 89030**<br>**Business related debt** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |
| 3.8 | **CN Landco LLC**<br>**3950 N. Bruce Street**<br>**North Las Vegas, NV 89030**<br>**Business related debt** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |
| 3.9 | **CN Licenseco I, Inc. dba Flower One**<br>**3950 N. Bruce St.**<br>**North Las Vegas, NV 89030**<br>**Business related debt** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |
| 3.10 | **CN Licenseco III, LLC**<br>**3950 N. Bruce St.**<br>**North Las Vegas, NV 89030**<br>**Business related debt** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |
| 3.11 | **Dennis Group Inc.**<br>**C/o Emerson Law Group**<br>**Attn: Phillip R. Emerson, Esq.**<br>**1055 Whitney Ranch Drive, Suite 120**<br>**Henderson, NV 89014**<br>**Business related debt** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.166__<br>☐ Schedule G _____<br>**Todd Jenkins** |

Debtor 1  **Salpy Boyajian**

Case number *(if known)*

| ▮ | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12 **Flower One Holdings, Inc.**<br>**C/o Snell & Wilmer L.L.P.**<br>**Attn: Aleem A. Dhalla, Esq.**<br>**3883 H. Hughes Pkwy., Suite 1100**<br>**Las Vegas, NV 89169**<br>**Business related debt** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**Dennis Group Inc.** |
| 3.13 **Harry Ayvazian**<br>**C/o Wilde & Associates, LLC**<br>**Attn: Gregory L. Wilde, Esq.**<br>**7473 Lake Mead Blvd. #100**<br>**Las Vegas, NV 89128**<br>**Business related debt** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**Dennis Group Inc.** |
| 3.14 **Helix Electric of Nevada**<br>**C/o Everett Dorey LLP**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**7915 West Sahara Ave., Suite 104**<br>**Las Vegas, NV 89117**<br>**Business related debt** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.166__<br>☐ Schedule G _____<br>**Todd Jenkins** |
| 3.15 **LCR 3413 Neeham LLC**<br>**C/o McDonald Carano LLP**<br>**Attn: George F. Ogilvie III, Esq.**<br>**2300 W. Sahara Ave., Suite 1200**<br>**Las Vegas, NV 89102**<br>**Business related debt** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**Dennis Group Inc.** |
| 3.16 **NLV Services, Inc.**<br>**3443 Neeham Rd.**<br>**North Las Vegas, NV 89030**<br>**Business related debt** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |
| 3.17 **North Las Vegas Equipment Co. III, Inc.**<br>**3950 N. Bruce St.**<br>**North Las Vegas, NV 89030**<br>**Business related debt** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |
| 3.18 **North Las Vegas Equipment Co., Inc.**<br>**3950 N. Bruce St.**<br>**North Las Vegas, NV 89030**<br>**Business related debt** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |

Debtor 1  **Salpy Boyajian**                                          Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.19  **Rainbow North Vegas LLC**<br>**C/o Garman Turner Gordon**<br>**Attn: Erika Pike Turner, Esq.**<br>**7251 Amigo Street, Suite 210**<br>**Las Vegas, NV 89119**<br>**Business related debt** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**Dennis Group Inc.** |
| 3.20  **RB Loan Portfolio II, LLC**<br>**C/o The Corporation Trust Company**<br>**1209 Orange Street**<br>**Wilmington, DE 19801**<br>**Business related debt** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**Dennis Group Inc.** |
| 3.21  **Rostom Boyajian**<br>**5047 Angeles Crest Hwy**<br>**La Canada Flintridge, CA 91011** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>**Amex** |
| 3.22  **Treehouse Real Estate Investment Trust**<br>**2405 York Road #201**<br>**Lutherville Timonium, MD 21093**<br>**Business related debt** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**Dennis Group Inc.** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Salpy Boyajian** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income
                                                                            12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status* | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | CEO | |
| | Employer's name | For the Future Inc. | |
| | Employer's address | 1919 Williams Street, Suite 340<br>Simi Valley, CA 93065 | |
| | How long employed there? | 2009 | |

*See Attachment for Additional Employment Information

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $  24,999.52 | $  N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$  0.00 | +$  N/A |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $  24,999.52 | $  N/A |

Debtor 1   **Salpy Boyajian**                                          Case number (*if known*)

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ **24,999.52** | $ **N/A** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **7,055.54** | $ **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **1,250.00** | $ **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| 5h. | **Other deductions.** Specify:   **CA Disability** | 5h.+ | $ **275.00** + | $ **N/A** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **8,580.54** | **N/A** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **16,418.98** | **N/A** |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **N/A** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **N/A** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **N/A** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **N/A** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **N/A** |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ **0.00** + | $ **N/A** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | **N/A** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **16,418.98** + $ **N/A** = $ **16,418.98** |  |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.  +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.  $ **16,418.98**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ■ No.
   ☐ Yes. Explain: _____

Debtor 1  **Salpy Boyajian**                                  Case number (*if known*) _____

**Official Form B 6I**
**Attachment for Additional Employment Information**

| Debtor | | |
|---|---|---|
| Occupation | **CEO** | |
| Name of Employer | **Guiding Our Youth** | |
| How long employed | **January 2024** | |
| Address of Employer | **1197 E. Los Angeles Ave., Suite C338**<br>**Simi Valley, CA 93065** | |

Fill in this information to identify your case:

Debtor 1 __**Salpy Boyajian**__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:  __DISTRICT OF NEVADA__

Case number _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Your Household |
| --- | --- |

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

    Do not list Debtor 1 and    ☐ Yes.  Fill out this information for
    Debtor 2.                            each dependent..............

    Do not state the
    dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- | --- |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No  ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  | **Your expenses** |
| --- | --- |

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ **6,645.00**

    **If not included in line 4:**

    4a.    Real estate taxes    4a. $ **0.00**
    4b.    Property, homeowner's, or renter's insurance    4b. $ **0.00**
    4c.    Home maintenance, repair, and upkeep expenses    4c. $ **0.00**
    4d.    Homeowner's association or condominium dues    4d. $ **449.10**

5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $ **0.00**

Debtor 1    **Salpy Boyajian**                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **1,000.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **100.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **800.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **1,000.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **200.00** |
| 10. | **Personal care products and services** | | 10. $ | **500.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | **400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **500.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **500.00** |
| | 15c. | Vehicle insurance | 15c. $ | **650.00** |
| | 15d. | Other insurance. Specify:  **Pet Insurance** | 15d. $ | **80.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify:  **IRS payment plan** | | 16. $ | **1,000.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **2,703.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | **0.00** |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:    **Housekeeper** | | 21. +$ | **800.00** |
| | **Gardener** | | +$ | **200.00** |
| | **Storage** | | +$ | **185.00** |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **17,812.10** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | **17,812.10** |

| | | | | |
|---|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | **16,418.98** |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | **17,812.10** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | **-1,393.12** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    | Explain here: |

**Fill in this information to identify your case:**

Debtor 1      **Salpy Boyajian**
_____
              First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   _____
              First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number    _____
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Salpy Boyajian**
   _____        X  _____
   **Salpy Boyajian**                          Signature of Debtor 2
   Signature of Debtor 1

   Date  **December 27, 2024**
   _____           Date  _____

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Salpy Boyajian** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

☐ Married
■ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $273,539.16 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1   **Salpy Boyajian**                                      Case number (*if known*) _____

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2023 ) | ■ Wages, commissions, bonuses, tips <br><br> ☐ Operating a business | $378,522.00 | ☐ Wages, commissions, bonuses, tips <br><br> ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2022 ) | ■ Wages, commissions, bonuses, tips <br><br> ☐ Operating a business | $373,321.00 | ☐ Wages, commissions, bonuses, tips <br><br> ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

---

**Part 3:** **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Wakefield/Moorcroft LLC** | **October, November, and December 2024** | $19,935.00 | $0.00 | ☐ Mortgage <br> ☐ Car <br> ☐ Credit Card <br> ☐ Loan Repayment <br> ☐ Suppliers or vendors <br> ■ Other  **Rent** |

Debtor 1    **Salpy Boyajian**                                      Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Internal Revenue Service Attn: Bankruptcy Dept/Managing Agent P.O. Box 7346 Philadelphia, PA 19101** | **October - December 2024** | **$22,100.00** | **$44,998.11** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Taxes** |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☐ No
   ■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Rostom Boyajian 5047 Angeles Crest Hwy La Canada Flintridge, CA 91011** | **January to May 2024** | **$28,000.00** | **$150,000.00** | **Repayment of personal loan** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| **Part 4:** | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **The Dennis Group Inc. v. CN Landco II LLC et al. A-21-832958-B** | **Breach of Contract** | **Eighth Judicial District Court 200 Lewis Ave. Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Todd Jenkins v. Helix Electric of Nevada et al. A-21-833401-C** | **Auto Negligence** | **Eighth Judicial District Court 200 Lewis Ave. Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Elite Tactical Security Solutions LLC v. CN Licenseco I Inc. A-22-849200-C** | **Contract** | **Eighth Judicial District Court 200 Lewis Ave. Las Vegas, NV 89155** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Dismissed** |

Debtor 1    **Salpy Boyajian**                                                     Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Cana Nevada Corp. v. Exhale Brands Nevada LLC**<br>**A-23-869731-C** | **Contract** | **Eighth Judicial District Court**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89155** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Dismissed** |
| **Cana Nevada Corp. et al. v. Libra Wellness Center, LLC**<br>**A-23-869732-C** | **Contract** | **Eighth Judicial District Court**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Cana Nevada Corp. v. Paradise Wellness Center**<br>**A-23-870559-C** | **Contract** | **Eighth Judicial District Court**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89155** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Dismissed** |
| **Elite Tactical Security Solutions LLC v. CN Licenseco I Inc. et al.**<br>**A-23-883444-C** | **Other Civil Matters** | **Eighth Judicial District Court**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89155** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Confession of Judgment entered 12/14/2023** |
| **Cana Nevada Corp. et al. v. Canna1, LLC et al.**<br>**A-24-885432-C** | **Other Contract** | **Eighth Judicial District Court**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Imperial Productions V, LLC et al. v. Flower One Holdings Inc.**<br>**Reference No. 1425035048** | **Arbitration** | **JAMS**<br>**Attn: Managing Agent**<br>**3800 Howard Hughes Parkway 11th Floor**<br>**Las Vegas, NV 89169** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

Debtor 1   **Salpy Boyajian**                                    Case number (*if known*) _____

---

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Goodwill<br>7680 S. Las Vegs Blvd.<br>Las Vegas, NV 89123 | Clothing, Household Items, Furniture, Tools, Appliances | 2022 | $24,760.00 |

---

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

---

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Larson & Zirzow, LLC<br>850 E. Bonneville Ave.<br>Las Vegas, NV 89101<br>zlarson@lzlawnv.com<br>Debtor | Attorney Fees | 1/19/2024 | $20,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

---

Debtor 1  **Salpy Boyajian**                                    Case number *(if known)* _____

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of<br>property transferred | Describe any property or<br>payments received or debts<br>paid in exchange | Date transfer was<br>made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was<br>made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP<br>Code) | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|
| **PCS Retirement** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  401(k) | **February 2024** | $104,128.17 |
| **Chase** | XXXX-7338 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **November 19,<br>2024** | $74.84 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access<br>to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

Debtor 1   **Salpy Boyajian**                                                Case number *(if known)*

| Name of Storage Facility<br>Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it?<br>Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Uhaul**<br>**160 W. Craig Rd.**<br>**North Las Vegas, NV 89030** | **Salpy Boyajian**<br>**801 Wexler Ct.**<br>**Las Vegas, NV 89017** | **Business employee records and documents** | ☐ **No**<br>■ **Yes** |

## Part 9:   Identify Property You Hold or Control for Someone Else

23.   **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ☐   **No**
   ■   **Yes. Fill in the details.**

| Owner's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Where is the property?<br>*(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|
| **Wakefield/Moorcroft LLC**<br>**3024 Rosslyn Street**<br>**Los Angeles, CA 90065** | **801 Wexler Ct.**<br>**Las Vegas, NV 89017** | **Fully Furnished Residence** | **Unknown** |

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■   *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■   *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■   *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.   **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■   **No**
   ☐   **Yes. Fill in the details.**

| Name of site<br>Address *(Number, Street, City, State and ZIP Code)* | Governmental unit<br>Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.   **Have you notified any governmental unit of any release of hazardous material?**

   ■   **No**
   ☐   **Yes. Fill in the details.**

| Name of site<br>Address *(Number, Street, City, State and ZIP Code)* | Governmental unit<br>Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.   **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■   **No**
   ☐   **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address *(Number, Street, City, State and ZIP Code)* | Nature of the case | Status of the case |
|---|---|---|---|

Debtor 1    **Salpy Boyajian**                                    Case number (*if known*)

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

■ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| **Cana Nevada Corp.<br>3950 N. Bruce Street<br>North Las Vegas, NV 89030** | **Cannabis Cultivation** | **EIN:**<br><br>**From-To** | **38-4085129**<br><br>**3/17/2017 - Current** |
| **CN Labor Management, Inc.<br>3950 N. Bruce Street<br>North Las Vegas, NV 89030** | **Held by Cana Nevada Corp.** | **EIN:**<br><br>**From-To** | **83-2012122**<br><br>**7/18/2018 - 12/11/2023 (closed)** |
| **CN Landco LLC<br>3950 N. Bruce Street<br>North Las Vegas, NV 89030** | **Held by Cana Nevada Corp.** | **EIN:**<br><br>**From-To** | **NO EIN**<br><br>**12/5/2017 - 12/11/2023 (closed)** |
| **CN Landco II, LLC<br>3443 Neeham Rd.<br>North Las Vegas, NV 89030** | **Held by Cana Nevada Corp.** | **EIN:**<br><br>**From-To** | **NO EIN**<br><br>**8/24/2018 - 12/11/2023 (closed)** |
| **CN Landco III, LLC<br>3950 N. Spruce St.<br>North Las Vegas, NV 89030** | **Held by Cana Nevada Corp.** | **EIN:**<br><br>**From-To** | **NO EIN**<br><br>**10/15/2018 - 12/11/2023 (closed)** |
| **CN Licenseco I, Inc. dba Flower One<br>3950 N. Bruce St.<br>North Las Vegas, NV 89030** | **Held by Cana Nevada Corp.** | **EIN:**<br><br>**From-To** | **38-4084672**<br><br>**12/5/2017 - 12/11/2023 (closed)** |
| **CN Licenseco III, LLC<br>3950 N. Bruce St.<br>North Las Vegas, NV 89030** | **Held by Cana Nevada Corp.** | **EIN:**<br><br>**From-To** | **83-2438536**<br><br>**10/17/2018 - 12/11/2023 (closed)** |
| **North Las Vegas Equipment Co., Inc.<br>3950 N. Bruce St.<br>North Las Vegas, NV 89030** | **Held by Cana Nevada Corp.** | **EIN:**<br><br>**From-To** | **83-1344490**<br><br>**7/23/2018 -12/11/2023 (closed)** |
| **North Las Vegas Equipment Co. III, Inc.<br>3950 N. Bruce St.<br>North Las Vegas, NV 89030** | **Held by Cana Nevada Corp.** | **EIN:**<br><br>**From-To** | **83-4148975**<br><br>**11/09/18 - 12/11/2023 (closed)** |
| **NLV Services, Inc.<br>3443 Neeham Rd.<br>North Las Vegas, NV 89030** | **Held by Cana Nevada Corp.** | **EIN:**<br><br>**From-To** | **83-3852549**<br><br>**2/14/2019 -12/11/2023 (closed)** |

Debtor 1    **Salpy Boyajian**                                           Case number *(if known)*

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Midtown Modern Homeowners'<br>Association<br>PO Box 80900<br>Las Vegas, NV 89180** | **Debtor is on the board for the<br>Homeowner Association and has<br>no ownership interest** | **EIN:**    **Unknown**<br><br>**From-To**  **1/9/2018 - Current** |
| **For the Future Inc, 501(c)(3)<br>non-profit<br>1919 Williams St. Ste. 340<br>Simi Valley, CA 93065** | **Residential Treatment Facility,<br>Debtor is a CEO** | **EIN:**    **20-5555246**<br><br>**From-To**  **1/23/2006 - Current** |
| **Guiding Our Youth, 501(c)(3)<br>non-profit<br>1197 E. Los Angeles Ave. Ste.<br>C338<br>Big Creek, CA 93605** | **Residential Treatment Facility,<br>Debtor is a CEO** | **EIN:**    **91-2157392**<br><br>**From-To**  **7/9/2021 - Current** |
| **NLV Organics, Inc.<br>8565 Hogan Falls Circle<br>Las Vegas, NV 89123** | **Cultivation and Production<br>Facility** | **EIN:**    **47-1495334**<br><br>**From-To**  **7/31/2014 - Current (CN LIsensco<br>III, LLC purchased this entity in<br>2018)** |
| **SBSS Enterprises LLC<br>7582 Las Vegas Blvd., South #287<br>Las Vegas, NV 89123** | **Not Operating** | **EIN:**    **83-3240399**<br><br>**From-To**  **01/21/2019 to 01/31/2022<br>(Revoked)** |
| **APEX Organics, Inc.<br>8565 Hogan Falls Circle<br>Las Vegas, NV 89123** | **Not Operating** | **EIN:**    **47-1485551**<br><br>**From-To**  **7/31/2014 to 7/31/2019 (Revoked)** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

   ■ **No**
   ☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

Debtor 1    **Salpy Boyajian**                                      Case number *(if known)* _____

---

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers
are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection
with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Salpy Boyajian**
_____                    _____
**Salpy Boyajian**                                  **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **December 27, 2024**                         Date   _____
     _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Salpy Boyajian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7        12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  **Chase Auto Finance**<br><br>Description of property securing debt:  **2023 Range Rover PF30 SE 25000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtor will retain collateral and continue to make regular monthly payments.** | ☐ No<br><br>■ Yes |

### Part 2:  List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:  **Uhaul**<br><br>Description of leased Property:  **Month-to-Month Storage Unit** | ☐ No<br><br>■ Yes |

Debtor 1    **Salpy Boyajian**                                      Case number *(if known)* _____

Lessor's name:    **Wakefield/Moorcroft LLC**                    ☐ No

                                                                  ■ Yes

Description of leased    **Residential Lease - Expires 9/1/2026**
Property:

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X    **/s/ Salpy Boyajian**                                  X _____
     **Salpy Boyajian**                                         Signature of Debtor 2
     Signature of Debtor 1

     Date    **December 27, 2024**                           Date _____

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re __Salpy Boyajian_____     Case No. _____

Debtor(s)     Chapter     __7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................     $ _____**20,000.00**

    Prior to the filing of this statement I have received ...........................     $ _____**20,000.00**

    Balance Due .......................................................................................     $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of Debtor(s) in any adversary proceeding, including without limitation, any nondischargeability actions pursuant to 11 U.S.C. 523 and 727; and any appeals.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 27, 2024**_____     **/s/ Zachariah Larson**_____
*Date*                                                                      **Zachariah Larson 7787**
                                                                                  *Signature of Attorney*
                                                                                  **Larson & Zirzow, LLC**
                                                                                  **850 E. Bonneville Ave.**
                                                                                  **Las Vegas, NV 89101**
                                                                                  **702-382-1170  Fax: 702-382-1169**
                                                                                  **zlarson@lzlawnv.com**_____
                                                                                  *Name of law firm*

---

## United States Bankruptcy Court
### District of Nevada

In re   **Salpy Boyajian**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **December 27, 2024**

**/s/ Salpy Boyajian**

**Salpy Boyajian**
Signature of Debtor

Salpy Boyajian
801 Wexler Ct.
Las Vegas, NV 89017

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankrup
6401 Security Blvd.
Baltimore, MD 21235

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

Nevada Dept. of Taxation
Attn: Bankruptcy Section
700 E. Warm Spring Rd. Ste 200
Las Vegas, NV 89119

374 Labs
Attn: Bankruptcy Dept/Managing Age
10 Greg St. Suite 148
Sparks, NV 89431

A Track-Out Solution LLC
Attn: Bankruptcy Dept/Managing Agent
2711 Rimbey St
Las Vegas, NV 89115

ABG Consultants
Attn: Bankruptcy Dept/Managing Agent
9450 SW Gemini Dr PMB 65198
Beaverton, OR 97008-7105

Adakai Holdings LLC
Attn: Bankruptcy Dept/Managing Age
6940 E 1st St
Scottsdale, AR 85251

Addium, INC
Attn: Bankruptcy Dept/Managing Agent
1300 NE Henley Court
Pullman, WA 99163

ADT Commercial
Attn: Bankruptcy Dept/Managing Agent
PO Box 382109
Pittsburgh, PA 15251-8109

Agile Premium Finance
Attn: Bankruptcy Dept/Managing Age
475 Half Day Rd.
Lincolnshire, IL 60069

AgroFresh Inc.
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 23479
Brooklyn, NY 10087-3479

Altus Receivables Management
Attn: Bankruptcy Dept/Managing Agent
2121 Airline Drive, Suite 520
Metairie, LA 70002

Altus Trust
Attn: Bankruptcy Dept/Managing Age
2121 Airline Drive, Suite 520
Metairie, LA 70002

Amazon Business
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 035184
Seattle, WA 98124-5184

American Backflow Services
Attn: Bankruptcy Dept/Managing Agent
PO BOX 530836
Henderson, NV 89053

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998

Anthem Blue Cross Shield
Attn: Bankruptcy Dept/Managing Agent
700 Broadway
Denver, CO 80273

Aramark
Attn: Bankruptcy Dept/Managing Agent
PO Box 101179
Pasadena, CA 91189-1179

Aventine Property Group
Attn: Bankruptcy Dept/Managing Age
111 S Wacker, Suite 3350
Chicago, IL 60606

B Riley Advisory Services (Canada)
Attn: Bankruptcy Dept/Managing Agent
3445 Peachtree Road, NE, Ste 1225
Atlanta, GA 30326

BARR Credit Services
Attn: Bankruptcy Dept/Managing Agent
4555 S. Palo Verde Rd. STE 125
Tucson, AZ 85714

Batory Foods
Attn: Bankruptcy Dept/Managing Age
P.O Box 102674
Pasadena, CA 91189-2674

BDS Analytics, Inc.
Attn: Bankruptcy Dept/Managing Agent
6000 Spine Road,
Boulder, CO 80301

Bell Flavors & Fragrances, Inc.
Attn: Bankruptcy Dept/Managing Agent
10618 Paysphere Circle
Chicago, IL 60674

Best Hydroponic Supply
Attn: Bankruptcy Dept/Managing Age
6818 W Cheyenne Ave
Las Vegas, NV 89108

Blackbird Logistics Corporation
Attn: Bankruptcy Dept/Managing Agent
5142 Hollister Ave #282
Santa Barbara, CA 93111

Blake Clinkard
Attn: Bankruptcy Dept/Managing Agent
31-595 Rymal Rd East
Hamilton, Ontario, L8W3V6
Canada

Blakes
Attn: Bankruptcy Dept/Managing Age
595 Burrard St.
Suite 2600
Vancouver, V7X 1L3

Bottom Line Concepts LLC
Attn: Bankruptcy Dept/Managing Agent
3323 NE 163rd St Ste 302
North Miami Beach, FL 33160

Broadbent & Associates, Inc.
Attn: Bankruptcy Dept/Managing Agent
8 West Pacific Ave.
Henderson, NV 89015

Broadvoice
Attn: Bankruptcy Dept/Managing Age
9221 Corbin Ave. Suite 155
Northridge, CA 91324

Buchalter
Attn: Bankruptcy Dept/Managing Agent
1000 Wilshire Blvd. Suite 1500
Los Angeles, CA 90017

California Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0500

Canalysis Nevada, LLC
Attn: Bankruptcy Dept/Managing Age
P.O. Box 33457
Las Vegas, NV 89133

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Cassels (Canada)
Attn: Bankruptcy Dept/Managing Agent
595 Burrard St.
Suite 2600
Vancouver, V7X 1L3

CCCP, Inc.
Attn: Bankruptcy Dept/Managing Age
2043 East St. #936
Concord, CA 94520

Century Link
Attn: Bankruptcy Dept/Managing Agent
PO Box 4300
Carol Stream, IL 60197-4300

Chase Auto Finance
Attn: Bankruptcy
700 Kansas Lane La
Monroe, LA 71203

Chemical Containers, Inc
Attn: Bankruptcy Dept/Managing Age
413 ABC Road
Lake Wales, FL 33859

Cintas
Attn: Bankruptcy Dept/Managing Agent
PO Box 631025
Cincinnati, OH 45263-1025

City of North Las Vegas Utilities Dept
Attn: Bankruptcy Dept/Managing Agent
PO Box 360118
North Las Vegas, NV 89036-0118

Clearsolv Solvents USA inc.
Attn: Bankruptcy Dept/Managing Age
306-890 Clement Ave
Kelowna
British Columbia V1Y 0H8

CohnReznick LLP
Attn: Bankruptcy Dept/Managing Agent
200 South Wacker Drive
Chicago, IL 60606

Communication Electronic Systems
Attn: Bankruptcy Dept/Managing Agent
4080 E. Lake Mead, Suite A
Las Vegas, NV 89115

Control Works Inc
Attn: Bankruptcy Dept/Managing Age
13720 Mountain Ave
Chino, CA 91710

COX Business
Attn: Bankruptcy Dept/Managing Agent
PO Box 53262
Phoenix, AZ 85072-3262

Custom Label
Attn: Bankruptcy Dept/Managing Agent
3392 Investment Blvd
Hayward, CA 94545

D&G Scale Nevada Inc.
Attn: Bankruptcy Dept/Managing Age
1201 American Pacific Suite #H
Henderson, NV 89074

Dennis Group Inc.
C/o Peel & Brimley LLP
Attn: Cary Domina, Esq.
3333 E. Serene Ave., Suite 200
Henderson, NV 89074

Diamond Straw, Inc.
Attn: Bankruptcy Dept/Managing Agent
3024 Rosslyn Street
Los Angeles, CA 90065

Diamondback Electric LLC
Attn: Bankruptcy Dept/Managing Age
925 Chaps Cir.
Henderson, NV 89002

Diebold Nixdorf (DN)
Attn: Bankruptcy Dept/Managing Agent
PO BOX 643543
Pittsburgh, PA 15264-3543

Douglas Machines Corp.
Attn: Bankruptcy Dept/Managing Agent
4500 110th Ave N.
Clearwater, FL 33762

Ecolab Chemicals
Attn: Bankruptcy Dept/Managing Age
PO Box 100512
Pasadena, CA 91189

Elevated Equipment
Attn: Bankruptcy Dept/Managing Agent
2651 E 45th St
Vernon, CA 90058

Elevated Insights LLC
Attn: Bankruptcy Dept/Managing Agent
7960 Rafael Rivera Way #1423
Las Vegas, NV 89113

Elite Tactical Security Solutions, LL
Attn: Bankruptcy Dept/Managing Age
35 E.Horizon Ridge Pkwy 110-104
Henderson, NV 89002

Empyreal Enterprises LLC
Attn: Bankruptcy Dept/Managing Agent
PO Box 101111
Denver, CO 80250

EquipmentShare.com, Inc
Attn: Bankruptcy Dept/Managing Agent
3665 W. Diablo Drive Suite 100
Las Vegas, NV 89118

Ernest Packaging Solutions
Attn: Bankruptcy Dept/Managing Age
3930 W. Windmill Lane Suite 110
Las Vegas, NV 89139

ERP, LLC dba ACE Analytical Laboratory
Attn: Bankruptcy Dept/Managing Agent
2557 Red Arrow Drive
Las Vegas, NV 89135

Exclaimer Ltd.
Attn: Bankruptcy Dept/Managing Agent
445 Park Ave. 9th Floor
New York, NY 10022

Faceforward Software Solutions Inc
Attn: Bankruptcy Dept/Managing Age
P.O. Box 1268
Ellensburg, WA 98926

Final Bell Holdings dba Dosist
Attn: Bankruptcy Dept/Managing Agent
1507 7th Street, Suite 490
Santa Monica, CA 90401

FlowerHired Inc.
Attn: Bankruptcy Dept/Managing Agent
12100 Wilshire Blvd. Ste 1420
Los Angeles, CA 90025

FONA International
Attn: Bankruptcy Dept/Managing Age
PO Box 71333
Chicago, IL 60694-1333

G3 Labs, LLC
Attn: Bankruptcy Dept/Managing Agent
3220 Procyon Street
Las Vegas, NV 89102

Gift of Life America Fund, Inc.
Attn: Bankruptcy Dept/Managing Agent
1 Kalisa Way
Paramus, NJ 07652

Global Industrial
Attn: Bankruptcy Dept/Managing Age
29833 NETWORK PLACE
CHICAGO, IL 60673

GOKEYLESS
Attn: Bankruptcy Dept/Managing Agent
955 Mound Road
Miamisburg, OH 45342

Grainger
Attn: Bankruptcy Dept/Managing Agent
2401 Western Ave.
Las Vegas, NV 89102-4815

Green Flower Media Inc.
ATTN: Accounts Receivable
4744 Telephone Rd Ste 3-289
Ventura, CA 93003

Greenrushpackaging
Attn: Bankruptcy Dept/Managing Agent
150 Progress Suite 260
Irvine, CA 92618

Growers House, LLC
Attn: Bankruptcy Dept/Managing Agent
3635 E. 34th Street
Tuscon, AZ 85713

H&M Unlimited Inc.
Attn: Bankruptcy Dept/Managing Age
2773 North Lamb Blvd
Las Vegas, NV 89115

H2O Engineering, Inc.
Attn: Bankruptcy Dept/Managing Agent
189 Granada Drive
San Luis Obispo, CA 93401

Harrington Industrial Plastics, LLC
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 676273
Dallas, TX 75267-6273

Harris Las Vegas, LLC
Attn: Bankruptcy Dept/Managing Age
5701 W. Sunset Road
Las Vegas, NV 89118

Hefestus USA Inc. (Legacy)
Attn: Bankruptcy Dept/Managing Agent
750 Dorrell Lane, Suite 120
North Las Vegas, NV 89086

Henderson Electric Motors Inc.
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 92557
Henderson, NV 89009

Hort Americas, LLC
Attn: Bankruptcy Dept/Managing Age
2801 Renee Street
Bedford, TX 76021-5207

Hunter Litigation Chambers
Attn: Bankruptcy Dept/Managing Agent
1040 W Georgia St #2100,
Vancouver, BC V6E 4H1, Canada

Hydrofarm, LLC
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 102326
Pasadena, CA 91189

Imperial Productions V, LLC
Attn: Mr. Barry Klarberg
209 East 31st Street
New York, NY 10016

Indagro Lighting Bv
Attn: Bankruptcy Dept/Managing Agent
Sint-Jozefslaan 1B 9190 STEKENE
Belgium

Invictus International Holdings LLC
Attn: Bankruptcy Dept/Managing Agent
5030 S Decatur Blvd, Suite H
Las Vegas, NV 89118

Kaseya US LLC
Attn: Bankruptcy Dept/Managing Agent
PO Box 419327
Boston, MA 02241-9327

Kings III of America, LLC
Attn: Bankruptcy Dept/Managing Agent
751 Canyon Drive Ste 100
Coppell, TX 75019

Las Vegas Toilet Rentals, Inc.
Attn: Bankruptcy Dept/Managing Agent
2069 Christy Lane
Las Vegas, NV 89156

LegalShield
Attn: Bankruptcy Dept/Managing Agent
PO Box 2629
Ada, OK 89030-3350

LV.net
Attn: Bankruptcy Dept/Managing Agent
2595 Fremont Street
Las Vegas, NV 89104

Max Q Technologies, Inc
Attn: Bankruptcy Dept/Managing Agent
100 Reserve Road Suite CC250
Danbury, CT 06810

MG Solutions LLC
Attn: Bankruptcy Dept/Managing Agent
361 Vernon Ave Ste 1
Venice, CA 90291

MJ-Tech North America Inc.
Attn: Bankruptcy Dept/Managing Agent
38 Seneca Rd.
Leamington, ON  N8H 5H7

Insight (CAD)
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 15428 Station A
Toronto, M5W 1C1      ON

iTec Controls & Electric, Inc
ATTN: Accounts Receivable
4323 Basil Leaf Ave.
North Las Vegas, NV 89031

Keirton Inc.
Attn: Bankruptcy Dept/Managing Agent
#109 10425 173 St.
Surrey , V4N 5H3      British Columbia

Kiva Brands, Inc.
Attn: Bankruptcy Dept/Managing Agent
699 Lewelling Blvd.
San Leandro, CA 94579

Law Office of David Agler
ATTN: Accounts Receivable
12450 Magnolia Blvd #3960
Valley Village, CA 91607-9998

LJ Ross
Attn: Bankruptcy Dept/Managing Agent
PO Box 6099
Jackson, MI 49204

MA & Associates
Attn: Bankruptcy Dept/Managing Agent
2009 Western Avenue
Las Vegas, NV 89102

Messer LLC
Attn: Bankruptcy Dept/Managing Agent
88718 Expedite Way
Chicago, IL 60695-1700

Microsoft
Attn: Bankruptcy Dept/Managing Agent
One Microsoft Way
Redmond, WA 98052

Nature's Lab Extracts
Attn: Bankruptcy Dept/Managing Agent
26500 Agoura Rd 102-225
Calabasas, CA 91302

International Chemtex Corporation
Attn: Bankruptcy Dept/Managing Age
8287 214th Street West
Lakeville, MN 55044

Kaempfer Crowell
Attn: Bankruptcy Dept/Managing Age
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958

Kimtron Inc.
Attn: Bankruptcy Dept/Managing Age
115 Hurley Rd.
Oxford, CT 06478

KushPak, Inc.
Attn: Bankruptcy Dept/Managing Age
11958 Monarch Avenue
Garden Grove, CA 92841

LCR 3413 Neeham LLC
C/o McDonald Carano LLP
Attn: George F. Ogilvie III, Esq.
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102

Lockton Companies, LLC
Attn: Bankruptcy Dept/Managing Age
13923 Collections Center Drive
Chicago, IL 60693

Maril Products Inc
Attn: Bankruptcy Dept/Managing Age
15421 Red Hill Ave. Suite D
Tustin, CA 92780

Metrc, LLC
Attn: Bankruptcy Dept/Managing Age
4151 S Pipkin Rd
Lakeland, FL 33811

MJ Dropoff
Attn: Bankruptcy Dept/Managing Age
4670 S Valley View Blvd
Las Vegas, NV 89103

Nevada Crystal Premium
Attn: Bankruptcy Dept/Managing Age
6185 S Valley View Blvd Ste H
Las Vegas, NV 89118

Nevada Department of Taxation
Attn: Bankruptcy Dept/Managing Agent
1550 College Parkway, Suite 115
Carson City, NV 89706-7939

Nevada Dispensary Association
Attn: Bankruptcy Dept/Managing Agent
PO Box 370398
Las Vegas, NV 89137-0398

Nevada Erth LLC (Eco Corp)
Attn: Bankruptcy Dept/Managing Age
6787 W. Tropicana Ave Ste 120B
Las Vegas, NV 89103

North Las Vegas Properties Inc.
Attn: Bankruptcy Dept/Managing Agent
1650 Black Rd.
Santa Maria, CA 93458

Nutrien Ag Solutions, Inc.
Attn: Bankruptcy Dept/Managing Agent
PO Box 669
Santa Maria, CA 93456

NV Cann Labs
ATTN: Accounts Receivable
PO Box 61258
Palo Alto, CA 94306

NV Energy
ATTN: Accounts Receivable
P.O. Box 98910
Las Vegas, NV 89151-0001

Old Pal
Attn: Bankruptcy Dept/Managing Agent
435 Sierra St, #2
El Segundo, CA 90245

Omega II, Inc.
Attn: Bankruptcy Dept/Managing Age
3525 Main Street
Chula Vista, CA 91911

Orkin
Attn: Bankruptcy Dept/Managing Agent
PO Box 7161
Pasadena, CA 91109-7161

Paychex of New York LLC
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 732954
Dallas, TX 75373-2954

Pet Benefit Solutions
Attn: Bankruptcy Dept/Managing Age
211 Blvd. of the Americas Suite 403
Lakewood, NJ 08701

Praxair Distribution, Inc. dba Linde Gas
Attn: Bankruptcy Dept/Managing Agent
PO Box 120812
Dept 0812
Dallas, TX 75312-0812

Priva Inc.
Attn: Bankruptcy Dept/Managing Agent
400 W Ventura Blvd
Suite 200
Camarillo, CA 93010

Professional Label Solutions LLC
Attn: Bankruptcy Dept/Managing Age
4625 S. Lakeshore Dr. #404
Tempe, AZ 85282

Progressive Commercial
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 894107
Los Angeles, CA 90189-4107

Protective Insurance
Attn: Bankruptcy Dept/Managing Agent
111 Congressional Blvd., Suite 500
Carmel, IN 46032

Protrim, LLC
Attn: Bankruptcy Dept/Managing Age
P.O. Box 7099
Indianapolis, IN 46207

Pyro Combustion & Controls, Inc.
Attn: Bankruptcy Dept/Managing Agent
2969 S. Highland Dr.
Las Vegas, NV 89109

Rad Source Technologies, Inc.
ATTN: Accounts Receivable
4907 Golden Parkway, Ste 400
Buford, GA 30518

Rainbow North Vegas LLC
Attn: Bankruptcy Dept/Managing Age
60 Cutter Mill Road, Suite 303
Great Neck, NY 11021

RB Loan Portfolio I, L.P.
Attn: Bankruptcy Dept/Managing Agent
15 Reservoir Road
White Plains, NY 10603

Republic Services # 620
Attn: Bankruptcy Dept/Managing Agent
PO Box 78829
Phoenix, AZ 85062

Richard Ormond
Attn: Bankruptcy Dept/Managing Age
15640 Woodvale Road
Encino, CA 91436

Richards Packaging Inc.
Attn: Bankruptcy Dept/Managing Agent
Box 4500 Unit 93
Portland, OR 97208

RingCentral Inc.
ATTN: Accounts Receivable
20 Davis Drive
Belmont, CA 94002 USA

Romeo Packing Company
Attn: Bankruptcy Dept/Managing Agent
106 Princeton Ave.
Half Moon Bay, CA 94019-4035

Rosin Technologies LLC
Attn: Bankruptcy Dept/Managing Agent
1428 Arrow Highway
Irwindale, CA 91706

Rostom Boyajian
5047 Angeles Crest Hwy
La Canada Flintridge, CA 91011

Royal Liner
Attn: Bankruptcy Dept/Managing Age
4821 Chino Avenue
Chino, CA 91710

RR Donnelley
Attn: Bankruptcy Dept/Managing Agent
PO Box 932721
Cleveland, OH 44193

RW Hartnett Company
Attn: Bankruptcy Dept/Managing Agent
2055 Bennett Road
Philadelphia, PA 19116

Schneider Electric Buildings Americas
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 841868
Dallas, TX 75284-1868

Sheba Statham
Attn: Bankruptcy Dept/Managing Agent
2550 Veronella St.
Henderson, NV 89044

Showcase Contracting LLC
Attn: Bankruptcy Dept/Managing Agent
1610 Raiders Way, Suite 125
Henderson, NV 89052

Silver State Analytical Laboratories,In
Attn: Bankruptcy Dept/Managing Age
3626 E. Sunset Road, Suite 100
Las Vegas, NV 89120

Sklar Williams PLLC
Attn: Bankruptcy Dept/Managing Agent
410 South Rampart Boulevard, Suite 350
Las Vegas, NV 89145

Snell & Wilmer LLP
Attn: Bankruptcy Dept/Managing Agent
1 East Washinton St Suite 2700
Phoenix, AZ 85004

Southwest Gas
Attn: Bankruptcy Dept/Managing Age
PO Box 98890
Las Vegas, NV 89193-8890

Statewide Fire Protection
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 412007
Boston, MA 02241-2007

Stratus Technologies Ireland LTD Lockbox
Attn: Bankruptcy Dept/Managing Agent
28478 Network Place
Chicago, IL 60673-1284

Summa Distribution
Attn: Bankruptcy Dept/Managing Age
5900 Emerald Ave.
Las Vegas, NV 89122

Swagelok
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 248819
Oklahoma City, OK 73124-8819

T-Mobile
Attn: Bankruptcy Dept/Managing Agent
PO BOX 742596
Cincinnati, OH 45274-2596

Tennant Sales and Service Compan
Attn: Bankruptcy Dept/Managing Age
PO Box 71414
Chicago, IL 60694-1414

The Nav People Inc.
Attn: Bankruptcy Dept/Managing Agent
701 East Bridger Ave
Suite 400
Las Vegas, NV 89101

Tiberti Fence Company
Attn: Bankruptcy Dept/Managing Agent
4975 Rogers Street
Las Vegas, NV 89118

TK Elevator Corporation
Attn: Bankruptcy Dept/Managing Age
PO Box 3796
Carol Stream, IL 60132-3796

Todd Jenkins
C/o Powers Law
Attn: Eric S. Powers
2460 Professional Court, Suite 200
Las Vegas, NV 89128

Treeform Packaging Solutions
Attn: Bankruptcy Dept/Managing Agent
1451 Danville Blvd. Ste 103
Alamo, CA 94507

TWAS Management LLC
Attn: Bankruptcy Dept/Managing Age
15445 Ventura Blvd #32
Sherman Oaks, CA 91403

UBEO West LLC
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 301062
Los Angeles, CA 90030-1062

Uline
Attn: Bankruptcy Dept/Managing Agent
PO Box 88741
Chicago, IL 60680-1741

United Rentals
Attn: Bankruptcy Dept/Managing Age
P.O. Box 051122
Los Angeles, CA 90074-1122

Urban-Gro
Attn: Bankruptcy Dept/Managing Agent
1751 Panorama Pt Unit G
Lafayette, CO 80026-9452

Veritext Legal Solutions
Attn: Bankruptcy Dept/Managing Agent
2250 S. Rancho Dr., Ste. 195
Las Vegas, NV 89102

Wilcox and Adams Holdings, LLC
Attn: William P. Beatson III
10923-24 McCormick Road
Hunt Valley, MD 21031

Wilde & Associates LLC
Attn: Bankruptcy Dept/Managing Agent
7473 W. Lake Mead Blvd. #100
Las Vegas, NV 89134

WM Wunderlich-Malec Engineering Systems
Attn: Bankruptcy Dept/Managing Agent
6101 Blue Circle Drive
Eden Prairie, MN 55343

WP Engine Inc.
Attn: Bankruptcy Dept/Managing Age
504 Lavaca StreetSuite 1000
Austin, TX 78701

Zhongshan Hord Rapidtools Co., Ltd.
Attn: Bankruptcy Dept/Managing Agent
C Bldg,Yixian Road No.112,Torch Developm
52843 Zhongshan
Guangdong,PRC

Wakefield/Moorcroft LLC
3024 Rosslyn Street
Los Angeles, CA 90065

Bahr Credit Services
Attn: Bankruptcy Dept/Managing Age
3444 N Country Club Rd Ste 200
Tucson, AZ 85716

Brett K. South, Esq.
9498 Double R Boulevard, Suite A
Reno, NV 89521

FlowerHired Inc.
Attn: Bankruptcy Dept/Managing Agent
1112 Ocean Drive #300
Manhattan Beach, CA 90266

Franchise Tax Board
Bankruptcy Section, MS A340
PO Box 2952
Sacramento, CA 95812-2952

Imperial Productions V, LLC
C/o Pryor Cashman LLP
Attn: Brad D. Rose, Esq.
7 Times Square
New York, NY 10036

LCR 3413 Neeham LLC
C/o CT Corporation System
Attn: Bankruptcy Dept/Managing Agent
701 S. Carson St., Ste. 200
Carson City, NV 89701

Praxair Distribution, Inc. dba Linde G
ATTN: Accounts Receivable
1211 Gibson Ave.
Ogden, UT 84404

Statewide Fire Protection
Attn: Bankruptcy Dept/Managing Agent
3130 Westwood Drive
Las Vegas, NV 89109

The Receivable Management Services LLC
Attn: Bankruptcy Dept/Managing Agent
12755 Hwy 55 Suite 300
Plymouth, MN 55441

TK Elevator Corporation
Attn: Bankruptcy Dept/Managing Age
5440 S. Procyon St. Suite B
Las Vegas, NV 89118

UBEO
Attn: Bankruptcy Dept/Managing Agent
3131 Esplanade
Chico, CA 95973

Wilcox and Adams Holdings LLC
C/o Pryor Cashman LLP
Attn: Brad D. Rose, Esq.
7 Times Square
New York, NY 10036